

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Lazaro Mainez | **Civil Action No.** 17cv0397-JLS-KSC |
| **Petitioner,** | |
| **V.** | |
| William Gore | **JUDGMENT IN A CIVIL CASE** |
| **Respondent.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court adopts the Report and Recommendation and denies the Petition.

**Date:** _____3/26/18_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Lozano _____

M. Lozano, Deputy